Certificate Number: 17572-PAW-DE-031077704

Bankruptcy Case Number: 17-25006



17572-PAW-DE-031077704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2018, at 9:14 o'clock AM PDT, Tammy J Hayhurst completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 23, 2018               By:    /s/Kelly Faulks

                                   Name:  Kelly Faulks

                                   Title: Counselor