**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/7/19 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>Tammy J. Hayhurst<br>                              Debtor | Chapter 13 Proceeding<br><br>17-25006 GLT |
| WELLS FARGO BANK, N.A.<br>                              Movant<br>           v.<br>Tammy J. Hayhurst and<br>Ronda J. Winnecour, Esquire<br>                              Respondents | Related to Docket No. 33 |

## ORDER APPROVING STIPULATION

AND NOW, this  7th Day of August, 2019  the Stipulation Resolving WELLS FARGO BANK, N.A.'s Motion for Relief from the Automatic Stay is hereby approved by the Court.

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tammy J. Hayhurst  
    Debtor

Case No. 17-25006-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Aug 07, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.  
db        +Tammy J. Hayhurst,    705 Skyline Drive,    Ellwood City, PA 16117-1449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:  
       James    Warmbrodt     on behalf of Creditor     VW Credit Leasing, Ltd bkgroup@kmllawgroup.com  
       Jill    Manuel-Coughlin     on behalf of Creditor     WELLS FARGO BANK, N.A. jill@pkallc.com,  
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
       Michael C. Eisen     on behalf of Debtor Tammy J. Hayhurst attorneyeisen@yahoo.com,  
        aarin96@hotmail.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                 TOTAL: 5