IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TAMMY J. HAYHURST,<br><br>              Debtor.<br><br>VW CREDIT LEASING, LTD.<br><br>              Movant,<br>v.<br><br>TAMMY J. HAYHURST AND,<br>RONDA J. WINNECOUR, Chapter 13 Trustee<br>              Respondent. | Bankruptcy No. 17-25006-GLT<br><br>Chapter 13<br><br>Doc. No. 50 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 50)

      The undersigned hereby certifies that, as of November 25, 2019, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 50, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than November 25, 2019.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: November 26, 2019                          Respectfully submitted,

                                                            BERNSTEIN-BURKLEY, P.C.

                                                             By: /s/*Keri P. Ebeck*
                                                             Keri P. Ebeck, Esq.
                                                             PA I.D. # 91298
                                                             kebeck@bernsteinlaw.com
                                                            707 Grant Street
                                                            Suite 2200, Gulf Tower
                                                           Pittsburgh, PA 15219
                                                           Phone - (412) 456-8112
                                                           Fax - (412) 456-8135


                                                           Counsel for VW Credit Leasing, Ltd.