Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tammy J. Hayhurst** | : | Case No. 17−25006−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 74 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/19/23 at 10:30 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 23rd of February, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 74 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before April 9, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **April 19, 2023 at 10:30 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tammy J. Hayhurst  
    Debtor

Case No. 17-25006-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Feb 23, 2023     Form ID: 604     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy J. Hayhurst, 705 Skyline Drive, Ellwood City, PA 16117-1449 |
| 14745152 | + | Citi Cards/Citibank, PO Box 6247, Sioux Falls, SD 57117-6247 |
| 14745154 | + | Commercial Acceptance Co, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 14745157 | + | James P. Valecko, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2023 23:48:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2023 23:48:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, Carrington Mortgage Services, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2023 23:48:00 | Wilmington Savings Fund Society, FSB., et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14757119 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 23:48:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 14745149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 23:47:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15453916 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2023 23:48:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 14745150 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2023 23:48:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14746705 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2023 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2023 23:48:00 | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14745155 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2023 23:47:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14745156 | | Email/Text: mrdiscen@discover.com | Feb 23 2023 23:48:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14745161 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:01:10 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14758768 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2023 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14748194 | | Email/Text: mrdiscen@discover.com | | |

Case 17-25006-GLT   Doc 78   Filed 02/25/23   Entered 02/26/23 00:27:48   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 604 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 23 2023 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14745158 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 23:47:34 | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14745159 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 23 2023 23:48:00 | JH Portfolio Debt Equities, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 14745151 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 23:47:38 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14745157 | + | Email/Text: pitbk@weltman.com | Feb 23 2023 23:48:00 | James P. Valecko, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14778973 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 23:47:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745160 | + | Email/Text: Documentfiling@lciinc.com | Feb 23 2023 23:48:00 | Lending Club, 71 Stevenson Street, Ste 1000, San Francisco, CA 94105-2967 |
| 14757131 | + | Email/Text: Documentfiling@lciinc.com | Feb 23 2023 23:48:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 14765489 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 23:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14745162 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 23:48:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14745163 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2023 23:48:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14778273 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2023 23:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14745164 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2023 00:01:58 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14745743 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2023 23:47:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775913 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2023 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14756349 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2023 00:01:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14745165 | | Email/Text: vci.bkcy@vwcredit.com | Feb 23 2023 23:48:00 | Volkswagen Credit, Po Box 3, Hillsboro, OR 97123 |
| 14764705 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 23 2023 23:48:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14745166 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 23:47:35 | Walmart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14770595 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2023 23:47:48 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14745167 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2023 23:47:40 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 15340977 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 23 2023 23:48:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 35

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 604 | Total Noticed: 38 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | VW Credit Leasing, Ltd |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14757120 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14757121 | *+ | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14757123 | *+ | Citi Cards/Citibank, PO Box 6247, Sioux Falls, SD 57117-6247 |
| 14757124 | *+ | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14757125 | *+ | Commercial Acceptance Co, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 14757126 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14757127 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14757132 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 14757129 | *+ | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14757130 | *+ | JH Portfolio Debt Equities, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 14757122 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14757128 | *+ | James P. Valecko, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14757133 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14757134 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14757135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14756502 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14757136 | *+ | Toyota Motor Credit Corporation, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14757137 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagen Credit, Po Box 3, Hillsboro, OR 97123 |
| 14757138 | *+ | Walmart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14757139 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VW Credit Leasing Ltd bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor VW Credit Leasing Ltd kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Feb 23, 2023 | Form ID: 604 | Total Noticed: 38

Michael C. Eisen
    on behalf of Debtor Tammy J. Hayhurst attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6