# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/11/23 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
TAMMY J. HAYHURST

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 17-25006

Chapter 13

Document No.: 74

## ORDER OF COURT

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_April\_\_\_, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____ jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25006-GLT |
| Tammy J. Hayhurst | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy J. Hayhurst, 705 Skyline Drive, Ellwood City, PA 16117-1449 |
| 14745152 | + | Citi Cards/Citibank, PO Box 6247, Sioux Falls, SD 57117-6247 |
| 14745154 | + | Commercial Acceptance Co, 2 W. Main Street, Camp Hill, PA 17011-6326 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 11 2023 23:48:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 11 2023 23:48:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, Carrington Mortgage Services, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 11 2023 23:48:00 | Wilmington Savings Fund Society, FSB., et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14757119 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 14745149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:20 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15453916 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 11 2023 23:48:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 14745150 | + | Email/Text: bankruptcy@cavps.com | Apr 11 2023 23:49:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14746705 | + | Email/Text: bankruptcy@cavps.com | Apr 11 2023 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14745153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 23:48:00 | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14745155 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2023 23:57:02 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14745156 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 23:48:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14745161 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 23:57:12 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14758768 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14748194 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 23:48:00 | Discover Bank, Discover Products Inc, PO Box |

Case 17-25006-GLT    Doc 86    Filed 04/13/23    Entered 04/14/23 00:26:59    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14745158 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:02 | 3025, New Albany, OH 43054-3025 JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14745159 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 11 2023 23:49:00 | JH Portfolio Debt Equities, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 14745151 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2023 23:57:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14745157 | + | Email/Text: pitbk@weltman.com | Apr 11 2023 23:48:00 | James P. Valecko, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14778973 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745160 | + | Email/Text: Documentfiling@lciinc.com | Apr 11 2023 23:48:00 | Lending Club, 71 Stevenson Street, Ste 1000, San Francisco, CA 94105-2967 |
| 14757131 | + | Email/Text: Documentfiling@lciinc.com | Apr 11 2023 23:48:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 14765489 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14745162 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14745163 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14778273 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14745164 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 23:57:11 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14745743 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2023 23:57:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775913 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14756349 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:04 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14745165 | | Email/Text: vci.bkcy@vwcredit.com | Apr 11 2023 23:49:00 | Volkswagen Credit, Po Box 3, Hillsboro, OR 97123 |
| 14764705 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 11 2023 23:48:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14745166 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:20 | Walmart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14770595 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 11 2023 23:57:19 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14745167 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 11 2023 23:57:02 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 15340977 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 11 2023 23:48:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | VW Credit Leasing, Ltd |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14757120 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14757121 | *+ | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14757123 | *+ | Citi Cards/Citibank, PO Box 6247, Sioux Falls, SD 57117-6247 |
| 14757124 | *+ | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14757125 | *+ | Commercial Acceptance Co, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 14757126 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14757127 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14757132 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 14757129 | *+ | JCPenney, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14757130 | *+ | JH Portfolio Debt Equities, 5757 Phantom Drive, Ste 225, Hazelwood, MO 63042-2429 |
| 14757122 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 14757128 | *+ | James P. Valecko, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14757133 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14757134 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14757135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14756502 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14757136 | *+ | Toyota Motor Credit Corporation, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14757137 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagen Credit, Po Box 3, Hillsboro, OR 97123 |
| 14757138 | *+ | Walmart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14757139 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VW Credit Leasing  Ltd bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor Carrington Mortgage Services  LLC kvelter@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor VW Credit Leasing  Ltd kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

District/off: 0315-2      User: auto      Page 4 of 4

Date Rcvd: Apr 11, 2023      Form ID: pdf900      Total Noticed: 38

Michael C. Eisen
    on behalf of Debtor Tammy J. Hayhurst attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7